```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
TRUSTEES OF THE NEW YORK CITY DISTRICT                            :
COUNCIL OF CARPENTERS PENSION FUND,                               :
WELFARE FUND, ANNUITY FUND, and                                   :     25-CV-02629 (JAV)
APPRENTICESHIP, JOURNEYMAN RETRAINING,                            :
EDUCATIONAL AND INDUSTRY FUND, et al.,                            :     ORDER
                                                                  :
                            Petitioners,                          :
                                                                  :
            -v-                                                   :
                                                                  :
                                                                  :
JH SHADES & DRAPERIES INC.,                                       :
                                                                  :
                            Respondent.                           :
------------------------------------------------------------------X
```

JEANNETTE A. VARGAS, United States District Judge:

On March 31, 2025, Petitioners filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition to confirm by **May 8, 2025**. Respondent's opposition, if any, is due on **May 29, 2025**. Petitioners' reply, if any, is due **June 5, 2025**.

Petitioners shall serve the petition and all supporting papers, as well as this Order, upon Respondents pursuant to Rule 4 of the Federal Rules of Civil Procedure no later than **May 8, 2025**, and shall file an affidavit of such service with the court no later than **May 9, 2025**.

SO ORDERED.

Dated: April 17, 2025  
New York, New York

_____  
JEANNETTE A. VARGAS  
United States District Judge