**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, et al.,

                              Petitioners,

       -against-                                                    25 **CIVIL** 2629 (JAV)

## JUDGMENT

JH SHADES & DRAPERIES, INC.,

                              Respondent.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated August 4, 2025, the Petition is GRANTED, the December 6, 2024, arbitration award is CONFIRMED, and judgment is entered in favor of Petitioners and against Respondent as follows: 1. Confirming the Award in all respects; 2. Awarding Petitioners $54,182.27 pursuant to the Award; 3. Awarding Petitioners post-award, prejudgment interest in the amount of $3,740.80; 4. Awarding Petitioners $1,648 in attorneys' fees and $119.50 in costs arising out of this proceeding; and 5. Awarding Petitioners post-judgment interest at the statutory rate; accordingly, the case is closed.

**Dated:** New York, New York
       August 5, 2025

                                                              **TAMMI M. HELLWIG**
                                                               **Clerk of Court**

                              **BY:**                  *K. Mango*

                                                               **Deputy Clerk**